Donna M. BRUHEIM, Plaintiff-Appellant-Petitioner,

v.

David J. LITTLE, William J. Broesch, Joyce E. Broesch, American Family Mutual Insurance Company of Wisconsin, Earl Conner, and American Standard Insurance Company of Wisconsin, Defendants-Respondents.

Supreme Court

*No. 79–1607. Argued May 1, 1981.—Decided June 30, 1981.*

(Also reported in 307 N.W.2d 276.)

For the petitioner there were briefs and oral argument by *Richard A. Heilprin* of Madison.

For David J. Little and American Standard Insurance Company of Wisconsin there was a brief by *Scott G. Pernitz, John D. Winner* and *Winner, McCallum, Hendee & Wixson* of Madison, and oral argument by *Mr. Pernitz.*

For American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin and Earl Conner, there was a brief by *John M. Moore, Thomas A. Lockyear* and *Bell, Metzner & Gierhart, S.C.,* of Madison, and oral argument by *Mr. Moore.*

Amicus curiae brief was filed by *Eugene O. Gehl, Bruce A. Schultz* and *Brynelson, Herrick, Gehl & Bucaida* of Madison, for Wisconsin Insurance Alliance.

WILLIAM G. CALLOW, J.   The issue presented on this review is identical to that presented in *Kranzush v. Badger State Mutual Casualty Co.*, 103 Wis. 2d 56, 307 N.W.2d 256 (1981).  That issue is whether a third-party claimant's complaint, alleging bad faith on the part of the tort-feasor's insurer in failing to negotiate and settle her claim, states a claim upon which relief can be granted. The circuit court for Sauk county, Hon. JAMES R. SEERING presiding, granted the defendants' motion to dismiss the bad-faith count for failure to state a claim upon which relief can be granted.  The court of appeals affirmed the dismissal, holding that an insurer's settlement practices do not give rise to a bad-faith action in favor of a third-party claimant. *Bruheim v. Little*, 98 Wis.2d 178, 295 N.W.2d 793 (Ct. App. 1980).

The resolution of this case is controlled by our decision in *Kranzush*, and in view of our holding in that case, we affirm.

*By the Court.*—The decision of the court of appeals is affirmed.

SHIRLEY S. ABRAHAMSON, J. (*concurring*).   I concur in this case for the reasons set forth in my concurring opinion in *Kranzush v. Badger State Mutual Casualty Co.*, 103 Wis. 2d 56, 307 N.W.2d 256 (1981).